STATE of Missouri, Respondent,

v.

Chervaldric A. WILLIAMS, Appellant.

WD 76926

Missouri Court of Appeals, Western District.

Filed April 14, 2015

Mary H. Moore, Jefferson City, MO, for respondent

Jeannette L. Igbenebor, Kansas City, MO, for appellant

Before Division Four: Alok Ahuja, C.J., and Joseph M. Ellis and Lisa White Hardwick, JJ.

**ORDER**

PER CURIAM:

Following a jury trial, Appellant Chervaldric Williams was convicted in the Circuit Court of Platte County of one count of statutory rape in the second degree under § 566.034, RSMo, and one count of statutory sodomy in the second degree under § 566.064, RSMo. Williams was sentenced to four years in prison on each count, with the sentences ordered to run consecutive-

ly. Williams appeals. He argues that the trial court abused its discretion in excluding evidence of the victim's sexual contact with her ex-boyfriend following her encounter with Williams. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).